IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 10-62157 |
|    Stacy Fannin | ) | |
|    Stephanie Fannin | ) | JUDGE |
| | ) | |
|       Debtor (s) | ) | Chapter 13 |

Amendment to Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

   ___A    ___B    ___C    ___D    ___E    ___F

   ___G    ___H    ___I    ___J    ___Matrix

   __Chapter 13 plan__    ___Other

Debtor(s) represent that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
     Debtor(s) Stacy and Stephanie Fannin certify under penalty of perjury that the forgoing is true and correct.

Executed on:11/24/2010                      /s/ Stacy and Stephanie Fannin
                                                                               Signature of Debtor

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address listed on the amendments, this 24th day of November 2010. A copy was also served electronically upon the United States Trustee and Frank Pees , Trustee and the following list by regular US Postal mail:

                                                                       /s/ Erin E. Schrader
                                                                       Signature of Attorney

Creditors:

2:10-bk-62157|JS & Associates Appraisal Services, LLC |P.O. Box 360713|Columbus, OH 43236-0713
2:10-bk-62157| |United States Bankruptcy Court|170 North High Street|Columbus, OH 43215-2414
2:10-bk-62157| Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215
2:10-bk-62157|CBCS |P.O. Box 69|Columbus, OH 43216
2:10-bk-62157|Chase |P.O. Box 1022|Wixom, MI 48393
2:10-bk-62157|Chase Auto Finance |C/O Mary Lautenbach|National Bankruptcy Dept.|201 N. Central Ave., AZ1-1191|Phoenix, AZ 85004
2:10-bk-62157|Fairfield County Child Support |293 W. Main Street|Lancaster, OH 43130
2:10-bk-62157|GE Money Bank |PO Box 960061|Orlando, FL 32896
2:10-bk-62157|Harley Davidson Credit Corp. |PO BOX 829009|Dallas, TX 75382
2:10-bk-62157|Harley Davidson Financial |4150 Technology Way|Carson City, NV 89706-2009
2:10-bk-62157|Javitch, Block & Rathbone |1100 Superior Ave.|19th Floor|Cleveland, OH 44114
2:10-bk-62157|PRA Receivables Management, LLC |As Agent Of Portfolio Recovery Assocs.|POB 41067|Norfolk VA 23541
2:10-bk-62157|Riverside Commerce Center |120 Corporate Blvd. Ste 100|Amelia Court House, VA 23002-4962
2:10-bk-62157|Vinton Co. National Bank |112 W. Main St.|P.O. Box 460|Mc Arthur, OH 45651
2:10-bk-62157|Vinton County National Bank |112 West Main Street|P.O. Box 460|McArthur, Ohio 45651
2:10-bk-62157|Wells Fargo |P.O. Box 3696|Portland, OR 97208
2:10-bk-62157|Erin E. Schrader |Rauser & Associates|5 E. Long Street, Suite 300|Columbus, OH 43215
2:10-bk-62157|Frank M Pees |130 East Wilson Bridge Road|Suite 200|Worthington, OH 43085
2:10-bk-62157|Stacy Fannin |363 Ridgemore Way|Lancaster, OH 43130
2:10-bk-62157|Stephanie Fannin |363 Ridgemore Way|Lancaster, OH 43130